AO91 (Rev. 12/03)  Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                    **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-09867

Juan Oswaldo VEGA
IAE
Guatemala 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 05, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan Oswaldo VEGA was encountered by Border Patrol Agents near Roma, Texas on August 05, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on August 05, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/  Gonzalez, Mickel A.  Border Patrol Agent
Signature of Complainant

Gonzalez, Mickel A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 07, 2018                                            at    McAllen, Texas
Date                                                                    City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge                              Signature of Judge